Timothy E. Allen, WSBA #35337
Matthew C. Halldorson, WSBA #51850
Mullin, Allen & Steiner PLLC
101 Yesler Way
Suite 400
Seattle, WA  98104
Telephone: (206) 957-7007
tallen@masattorneys.com
mhalldorson@masattorneys.com

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON
### AT SPOKANE

| | |
|---|---|
| BRENT THOMAS DODSON as Personal Representative of the ESTATE OF SHEILA DODSON; NATALIE BROOKE BLYZES, individually; BRENT THOMAS DODSON, individually; JANE BRITT ANY DODSON, individually; and MARY REBECCA OTTEN,<br><br>Plaintiff,<br><br>v.<br><br>GREAT SPORTS, INC. an Illinois Corporation, d/b/a SAFERWHOLESALE.COM; JOHN DOES1-10; and ABC CORPORATIONS 1-10,<br><br>Defendants. | NO.  2:22-cv-00170<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION**<br><br>(Removed from the Spokane County Superior Court of Washington, Case No. 22-2-02058-32) |

TO:    CLERK OF THE COURT;

TO:    THE PARTIES HEREIN; and

TO:    THEIR COUNSEL OF RECORD:

Defendant Great Sports, Inc., by and through its undersigned counsel of record, Timothy E. Allen, Matthew C. Halldorson, and Mullin, Allen & Steiner PLLC, hereby give Notice of Removal of the above-captioned action from the Superior Court of the State of Washington in and for the County of Spokane to the United States District Court for the Eastern District of Washington (Spokane Division) pursuant to 28 USC §§ 1332, 1441 and 1446.  As grounds for removal, Defendant states as follows:

1.      On June 22, 2022, Plaintiffs filed a Complaint for Wrongful Death and Personal Injury – Product Liability ("the Complaint") in the Superior Court of the State of Washington for the County of Spokane, under Case No. 22-2-02058-32. Attached hereto as Exhibit A is a true and correct copy of the Complaint.

2.      Plaintiffs did not allege a particular amount in damages in the Complaint. They allege that the decedent incurred injuries on August 10, 2021, after an incident riding a motorized tricycle and that she subsequently died on October 27, 2021. *See* Compl. at ¶¶ 4.14–4.18. Plaintiffs claim economic and non-economic damages including pre-death pain and suffering, disability, loss of enjoyment of life, and emotional trauma, in addition to loss of consortium for the decedent's four named beneficiaries. *See* Compl. at ¶¶ 8.2–8.6. Accordingly, Defendants have a good faith belief that Plaintiffs are seeking damages in excess of $75,000 in this case.

3.    Pursuant to 28 U.S.C. § 1446(b)(1), this Notice of Removal is being timely filed within thirty (30) days of service of the Summons and Complaint.

4.    This action is removable under 28 USC §§ 1332 and 1441(b) because Plaintiffs are of diverse citizenship from all Defendants and the amount in controversy exceeds $75,000, exclusive of interest and costs.

5.    Except as otherwise expressly provided by Act of Congress, any civil action brought in a state court of which the District Courts of the United States have original jurisdiction may be removed by the defendant(s) to the District Court of the United States for the District and Division embracing the place where such action is pending. 28 U.S.C. § 1441(a).

6.    This Court has original jurisdiction over this action pursuant to 28 U.S.C. 1332(a)(1), which provides for original jurisdiction in cases in which there is diversity of citizenship between parties and the amount in controversy exceeds $75,000.

7.    Plaintiffs are citizens of the states of Washington, Georgia, and Texas. *See* Compl. at ¶ 1.2–1.6.

8.    Defendant Great Sports, Inc., is a company organized under the laws of the State of Illinois with its principal place of business in the State of Illinois.  *See* Compl. at ¶ 2.1.

9.    Plaintiffs and Defendant are of diverse citizenship.

MULLIN ALLEN & STEINER PLLC
101 Yesler Way, Suite 400
Seattle, WA  98104
Phone: (206) 957-7007
Fax:  (206) 957-7008

10.    The Defendant is not a citizen of the State of Washington.

11.    Venue is proper in the United States District Court for the Eastern District of Washington – Spokane Division because the state action is pending within the district and a substantial part of the events giving rise to Plaintiffs' claims occurred in Spokane County, Washington.

12.    This Court and Division embrace the place where the action is pending. The United States District Court for the Eastern District of Washington, Spokane Division, is the federal judicial district and division encompassing the Superior Court of the State of Washington in and for the County of Spokane. 28 U.S.C. § 128(a).

13.    Pursuant to 28 U.S.C. § 1446(d), Defendants will give written notice of this Notice of Removal to Plaintiff and file a copy of the Notice of Removal with the clerk of the state court.

WHEREFORE, based upon the foregoing and pursuant to 28 U.S.C. § 1441(b), the above-referenced action is removed from the Spokane County Superior Court to the United States District Court for the Eastern District of Washington (Spokane Division) for all further proceedings.

/ /

/ /

/ /

MULLIN ALLEN & STEINER PLLC
101 Yesler Way, Suite 400
Seattle, WA  98104
Phone: (206) 957-7007
Fax:  (206) 957-7008

DATED this 15th day of July 2022.

MULLIN ALLEN & STEINER PLLC


*/s/ Timothy E. Allen*
Timothy E. Allen, WSBA #35337
Matthew C. Halldorson, WSBA #51850
*Attorneys for Defendant Great Sports, Inc.*

NOTICE OF REMOVAL OF CIVIL ACTION - 5
(Case No.: 2:22-cv-00170)

MULLIN ALLEN & STEINER PLLC
101 Yesler Way, Suite 400
Seattle, WA  98104
Phone: (206) 957-7007
Fax:  (206) 957-7008

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused to be served a true and correct copy of the foregoing upon counsel as follows:

***Counsel for Plaintiff:***
Brandon K. Batchelor
Russell & Hill, PLLC
3811-A Broadway
brandon@russellandhill.com

☐   Via U.S. Mail
■   Via Email
■   Via CM/ECF
☐   Via Legal Messenger
☐   Via Fax
☐   Via Overnight Delivery

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 15ᵗʰ day of July 2022.

MULLIN ALLEN & STEINER PLLC


*/s/ Emily Boehmer*
Emily Boehmer, Paralegal

NOTICE OF REMOVAL OF CIVIL ACTION - 6
(Case No.: 2:22-cv-00170)

**MULLIN ALLEN & STEINER PLLC**
101 Yesler Way, Suite 400
Seattle, WA  98104
Phone: (206) 957-7007
Fax:  (206) 957-7008