UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRENT THOMAS DODSON as Personal Representative of the ESTATE OF SHEILA DODSON; NATALIE BROOKE BLYZES, individually; BRENT THOMAS DODSON, individually; JANE BRITTANY DODSON, individually; and MARY REBECCA OTTEN,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>GREAT SPORTS, INC. an Illinois Corporation, d/b/a SAFERWHOLESALE.COM; JOHN DOES1-10; and ABC CORPORATIONS 1-10,<br><br>　　　　　　　　Defendants. | NO:  2:22-CV-0170-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss.  ECF No. 16.  The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and provides that any and all claims that Plaintiffs pled or could

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

have pled against Defendant in this matter should be dismissed with prejudice and without fees and costs to any party.

The Court has reviewed the record and files herein, and is fully informed.

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion to Dismiss, ECF No. 16, is **GRANTED**.

2. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, any and all claims that Plaintiffs pled or could have pled against Defendant in this matter are hereby **DISMISSED** with prejudice and without fees and costs to any party.

3. All deadlines, hearings and trial are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

DATED May 24, 2023.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2