AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 24, 2023

SEAN F. McAVOY, CLERK

| | |
|---|---|
| BRENT THOMAS DODSON as Personal Representative of the ESTATE OF SHEILA DODSON, et al., *Plaintiff* v. GREAT SPORTS, INC. an Illinois Corporation, d/b/a SAFERWHOLESALE.COM; et al., *Defendant* | Civil Action No.  2:22-CV-0170-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, any and all claims that Plaintiffs pled or could have pled against Defendant in this matter are hereby DISMISSED with prejudice and without fees and costs to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  THOMAS O. RICE

on the parties' Stipulated Motion to Dismiss (ECF No. 16).

Date:  May 24, 2023

CLERK OF COURT

SEAN F. McAVOY

*s/ B. Fortenberry*
*(By) Deputy Clerk*
B. Fortenberry